**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF BRADLEY G. DREHER, | CASE NO. 5:13-cv-02482 EJD |
| Plaintiff(s), | **STATUS CONFERENCE ORDER** |
| v. | |
| COUNTY OF SANTA CRUZ, et. al., | |
| Defendant(s). | |

On June 6, 2014, the parties to the above-entitled action appeared before Judge Edward J. Davila for a Status Conference.  Based on a review of the action and the discussions held at the conference, the court orders as follows:

1.  This action is scheduled for a Further Status Conference at **10:00 a.m. on July 11 , 2014.**  The parties shall file an updated Joint Status Conference Statement on or before **July 3, 2014,** unless the conference is vacated prior to that date.

2.  The Stipulation and Order filed May 23, 2014 (Docket Item No. 34), is TERMINATED.  The parties shall propose further amended deadlines either in the Joint Status Conference Statement or in a separately-filed Stipulation and Order once they have met and conferred on the issues discussed at the June 6th conference.

3.  The Preliminary Pretrial Conference scheduled for July 11, 2014, is VACATED.

**IT IS SO ORDERED.**

Dated:  June 6, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-02482 EJD
STATUS CONFERENCE ORDER