IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF BRADLEY G. DREHER, | CASE NO. 5:13-cv-02482 EJD |
| Plaintiff(s), | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| COUNTY OF SANTA CRUZ, et. al., | |
| Defendant(s). | |

Having reviewed the parties' joint statement (see Docket Item No. 40), the court finds that a further scheduling conference is premature at this time.

Accordingly, the Status Conference scheduled for July 11, 2014, is CONTINUED to **10:00 a.m. on September 12, 2014**. The parties shall file an updated Joint Status Conference Statement on or before **September 5, 2014**, which contains, inter alia, an update on the appointment of a replacement Special Administrator and proposed amended deadlines for this action.

**IT IS SO ORDERED.**

Dated: July 8, 2014

EDWARD J. DAVILA
United States District Judge