Rebecca S. Widen, SBN 219207
HAAPALA, THOMPSON & ABERN, LLP
1939 Harrison Street, Suite 800
Oakland, California 94612
Tel:   510-763-2324
Fax:   510-273-8570
E-mail:  rwiden@htalaw.com

Attorneys for Defendants
COUNTY OF SANTA CRUZ and
SHERIFF PHIL WOWAK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| ESTATE OF BRADLEY G. DREHER by JEAN BERNARD, the administrator of his estate, and CAROL E. MCGUIRE, individually,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CRUZ, PHIL WOWAK, SHERIFF OF COUNTY OF SANTA CRUZ, and DOES 1-300, inclusive,<br><br>Defendants. | Case No.: C13-02482 EJD (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING MANDATORY SETTLEMENT CONFERENCE AND EXTENDING CASE SCHEDULE** |

The parties hereto, by and through their undersigned counsel, stipulate and agree as follows:

1. The parties are currently scheduled to appear for a settlement conference with Magistrate Judge Maria Elena James on December 17, 2014. However, the claims representative for the County of Santa Cruz has had an unresolvable conflict arise on that date, in that he is required to appear at an all-day mediation in another large, multi-party case.

2. The parties have met and conferred on this issue, and have agreed to request a continuance of the settlement conference in this matter in light of the aforementioned conflict. Judge James' calendar clerk is holding the date of February 6, 2015 for the parties, pending approval of this stipulation. This date is the first available date on Judge James' calendar, and it has been pre-cleared by the undersigned counsel as well as their respective clients and client

1

*Estate of Dreher v. County of Santa Cruz, et al.,*/Case No. C13-02482 EJD
Stipulation And [Proposed] Order Rescheduling Mandatory Settlement Conference And Extending Case Schedule

1  representatives.

2      3.    The parties also request that the current case schedule (Docket #50) be extended
3  by 60 days.  The reason for the requested extension is to allow the parties to preserve resources
4  prior to the settlement conference, but still allow some time to conduct additional discovery to
5  prepare for dispositive motions and trial in the event the case does not settle.  This is the parties'
6  second request for an extension of the case schedule.  The new proposed schedule is set forth in
7  the order below.

8      IT IS SO STIPULATED.

9  Dated:  December 2, 2014    LAW OFFICES OF RALPH W. BOROFF, P.C.

11  By: */s/ Ralph W. Boroff
12      Ralph W. Boroff
    Attorneys for Plaintiff
13      *Mr. Boroff provided his consent that this
    document be electronically filed

15  Dated:  December 2, 2014    HAAPALA, THOMPSON & ABERN, LLP

17  By: /s/ Rebecca S. Widen
    Rebecca S. Widen
    Attorneys for Defendants COUNTY OF
18      ALAMEDA and SHERIFF WOWAK

20  Dated:  December 2, 2014    By: */s/ Jerome M. Varanini
    Jerome M. Varanini
21      Attorneys for Defendant CFMG
    *Mr. Varanini provided his consent that this
22      document be electronically filed

23      **ORDER**

24      The Court having considered the parties' stipulation, and good cause appearing, IT IS
25  HEREBY ORDERED that the parties' settlement conference with Magistrate Judge Maria
26  Elena James be rescheduled to February 6, 2015, at 10:00 a.m.
27      IT IS FURTHER ORDERED that the current case schedule be extended 60 days.  The
28  new case schedule shall be as follows:

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

2

*Estate of Dreher v. County of Santa Cruz, et al.,*/Case No. C13-02482 EJD
Stipulation And [Proposed] Order Rescheduling Mandatory Settlement Conference And Extending Case Schedule

| EVENT | DEADLINE |
|---|---|
| Fact Discovery Cutoff | April 30, 2015 |
| Designation of Opening Experts with Reports | June 15, 2015 |
| Designation of Rebuttal Experts with Reports | June 30, 2015 |
| Expert Discovery Cutoff | August 14, 2015 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | September 30, 2015 |
| Preliminary Pretrial Conference | 11:00 a.m., on June 18, 2015 |

Dated:  12/3/2014



      Edward J. Davila
      U.S. District Court Judge

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

3
*Estate of Dreher v. County of Santa Cruz, et al.,/*Case No. C13-02482 EJD
Stipulation And [Proposed] Order Rescheduling Mandatory Settlement Conference And Extending Case Schedule