1  Ralph W. Boroff, (SBN 59164)
   Law Offices of Ralph W. Boroff, P.C.
2  55 River Street, Suite 100
   Santa Cruz, CA  95060
3  Telephone: (831) 458-0502
   Facsimile: (831) 426-0159
4  E-mail:  rwb_attorney@1stcounsel.com

5  Attorney for Plaintiffs
   ESTATE OF BRADLEY G. DREHER
6  by JEAN BERNARD, the administrator of his estate,
   and CAROL E. MCGUIRE, individually

**GRANTED**

*Judge Edward J. Davila*

April 22, 2015

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF BRADLEY G. DREHER by JEAN BERNARD, the administrator of his estate, and CAROL E. MCGUIRE, individually,<br><br>           Plaintiffs,<br><br>     v.<br>COUNTY OF SANTA CRUZ; PHIL WOWAK, SHERIFF OF COUNTY OF SANTA CRUZ; CALIFORNIA FORENSIC MEDICAL GROUP and DOES 1-100 and DOES 102-300, inclusive,<br><br>           Defendants. | **CASE NO.:   CV 13-02482-EJD**<br><br>**STIPULATION OF DISMISSAL** |

///

///

///

///

///

1  It is hereby Stipulated by and between the parties to this action through their designated
2  counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to
3  F.R.C.P. 41 (a) (1) upon the Court's simultaneous execution of the Order accompanying Plaintiff's
4  Petition for Approval of Compromise of Estate's Claim.

_____
CAROL McGUIRE, individually

_____
RALPH W. BOROFF
Attorney for Plaintiffs

_____
JEAN BERNARD for
Estate of Bradley G. Dreher

\*/s/Rebecca S. Widen
REBECCA S. WIDEN
Attorney for County of Santa Cruz
and Sheriff Phil Wowak, Defendants
\* Ms. Widen provided her consent
that this document be
electronically filed.

\*/s/Jerome M. Varanini
JEROME M. VARANINI
Attorney for California Forensic
Medical Group, Defendant
\* Mr. Varanini provided his
consent that this document be
electronically filed.