Ralph W. Boroff, (SBN 59164)
Law Offices of Ralph W. Boroff, P.C.
55 River Street, Suite 100
Santa Cruz, CA 95060
Telephone: (831) 458-0502
Facsimile: (831) 426-0159
E-mail: rwb_attorney@1stcounsel.com

Attorney for Plaintiffs
ESTATE OF BRADLEY G. DREHER
by JEAN BERNARD, the administrator of his estate,
and CAROL E. MCGUIRE, individually

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

NORTHERN DISTRICT OF THE STATE OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ESTATE OF BRADLEY G. DREHER by JEAN BERNARD, the administrator of his estate, and CAROL E. MCGUIRE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CRUZ; PHIL WOWAK, SHERIFF OF COUNTY OF SANTA CRUZ; CALIFORNIA FORENSIC MEDICAL GROUP and DOES 1-100 and DOES 102-300, inclusive,<br><br>Defendants. | CASE NO.: CV 13-02482-EJD<br><br>[PROPOSED] ORDER UPON PETITION FOR APPROVAL OF COMPROMISE OF ESTATE'S CLAIM AND STIPULATED DISMISSAL |

The Court has read and considered the Petition for Approval of Compromise of Estates Claim as well as the Stipulation of Dismissal submitted pursuant to Rule 41 (a) (1) (ii). Good cause appearing it is therefore Ordered:

(1) Settlement of the action is approved whereby defendant County of Santa Cruz on behalf of itself and all agents shall pay to the plaintiffs and their attorney of record, Ralph W. Boroff, the sum of $300,000.00.

*Estate of Bradley G. Dreher v. County of Santa Cruz, et al.*
[PROPOSED] ORDER UPON PETITION FOR APPROVAL OF COMPROMISE
OF ESTATE'S CLAIM AND STIPULATED DISMISSAL

Case No. CV 13-02482-EJD

Page 1 of 2

    (2)    Settlement of the action is approved whereby defendant California Forensic Medical Group on behalf of itself and all agents shall pay to the plaintiffs and their attorney of record, Ralph W. Boroff, the sum of $50,000.00.

    (3)    Law Offices of Ralph W. Boroff, P.C., is to receive as reasonable attorneys fees the sum of $68,410.24 and reasonable and necessary costs in the sum of $7,948.76 from the proceeds of settlement.

    (4)    Carol E. McGuire is to receive the sum of $68,410.24 in settlement of her claim.

    (5)    The balance of the settlement, $205,230.64, shall be paid to the administrator of the Estate of Bradley G. Dreher to be distributed in accordance with the orders of the Santa Cruz County Superior Court in probate action case number PR 045940.

    (6)    The Court further approves the stipulation for Dismissal filed by the parties pursuant to Rule 41 and this matter is therefore ordered DISMISSED.

IT IS SO ORDERED.   The Clerk shall close this file.

DATED: April 22, 2015

_____
Edward J. Davila
United States District Judge

*Estate of Bradley G. Dreher v. County of Santa Cruz, et al.*
[PROPOSED] ORDER UPON PETITION FOR APPROVAL OF COMPROMISE
OF ESTATE'S CLAIM AND STIPULATED DISMISSAL

Case No. CV 13-02482-EJD

Page 2 of 2